

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

MAR 1 4 2018

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR _53_ |
| | § | Judge _Crone_ |
| JERMAINE POSEY | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation:  18 U.S.C. § 922(a)(1)(A)
> (Engaging in a Business Without a License)

On or about February 6, 2017 through October 1, 2017, in the Eastern District of

Texas, **Jermaine Posey**, defendant, not being a licensed dealer of firearms within the

meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business _of_

of dealing in the following firearms; _that affected interstate or foreign commerce,_
_TB_

    a.  a Smith and Wesson .380 caliber pistol, Model Bodyguard, Serial Number

        KDL6471,

    b.  a Glock .380 caliber pistol, Model 42, Serial Number ACBN021,

    c.  a Keltec .22 caliber pistol, Model PMR-30, Serial Number WWJE82,

    d.  a Keltec .22 caliber pistol, Model PMR-30, Serial Number WWJM58,

    e.  a Keltec .22 caliber pistol, Model PMR-30, Serial Number WW7913,

    f.  a Keltec .22 caliber pistol, Model PMR-30, Serial Number WW7977,

g.  an Anderson Manufacturing multi caliber rifle, Model AM-15, Serial Number 17063310,

h.  a New Frontier Armory multi caliber rifle, Model LW-15, Serial Number NLV86390,

i.  a New Frontier Armory multi caliber rifle, Model LW-15, Serial Number NLV86431,

j.  a New Frontier Armory multi caliber rifle, Model LW-15, Serial Number NLV86451,

k.  a New Frontier Armory multi caliber rifle, Model LW-15, Serial Number NLV86460,

l.  a New Frontier Armory, multi caliber rifle, Model LW-15, Serial Number NLV86482, and

m.  a New Frontier Armory multi caliber rifle, Model LW-15, Serial Number NLV86491.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924 (a)(1)(D)

## Count Two

Violation:  18 U.S.C. § 922(a)(6)
(False Statement During Purchase of a Firearm)

On or about the September 9, 2017, in the Eastern District of Texas, **Jermaine Posey**, defendant, in connection with the acquisition of a firearm, a Smith and Wesson

.380 caliber pistol, Model Bodyguard, Serial Number KDL6471 and a Glock .380 caliber pistol, Model 42, Serial Number ACBN021, from a licensed dealer, known as Past and Blast, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement was intended and likely to deceive a licensed dealer, known as Past and Blast, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## Count Three

Violation:  18 U.S.C. § 922(a)(6)
(False Statement During Purchase of a Firearm)

On or about the September 9, 2017, in the Eastern District of Texas, **Jermaine Posey**, defendant, in connection with the acquisition of a firearm, a Keltec .22 caliber pistol, Model PMR-30, Serial Number WWJE82, and a Keltec .22 caliber pistol, Model PMR-30, Serial Number WWJM58, from a licensed dealer, known as SAWs Inc., within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement was intended and likely to deceive a licensed dealer, known as SAWs Inc., as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

Case 4:18-cr-00053-SDJ-CAN    Document 1    Filed 03/14/18    Page 4 of 9 PageID #:  4

## Count Four

Violation:  18 U.S.C. § 922(a)(6)
(False Statement During Purchase of a
Firearm)

On or about the September 2, 2017, in the Eastern District of Texas, **Jermaine Posey**, defendant, in connection with the acquisition of a firearm, a Keltec .22 caliber pistol, Model PMR-30, Serial Number WW7913, and a Keltec .22 caliber pistol, Model PMR-30, Serial Number WW7977, from a licensed dealer, known as Fontenot, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement was intended and likely to deceive a licensed dealer, known as Fontenot, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## Count Five

Violation:  18 U.S.C. § 922(a)(6)
(False Statement During Purchase of a
Firearm)

On or about the July 15, 2017, in the Eastern District of Texas, **Jermaine Posey**, defendant, in connection with the acquisition of a firearm, an Anderson Manufacturing multi caliber rifle, Model AM-15, Serial Number 17063310, from a licensed dealer, known as Texas Gun Builders, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement was intended and likely to

Indictment/Notice of Penalty
Page 4

deceive a licensed dealer, known as Texas Gun Builders, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

### Count Six

> Violation:  18 U.S.C. § 922(a)(6)
> (False Statement During Purchase of a Firearm)

On or about the April 27, 2017, in the Eastern District of Texas, **Jermaine Posey**, defendant, in connection with the acquisition of a firearm, a New Frontier Armory multi caliber rifle, Model LW-15, Serial Number NLV86390, from a licensed dealer, known as Runner Runner, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement was intended and likely to deceive a licensed dealer, known as Runner Runner, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

### Count Seven

> Violation:  18 U.S.C. § 922(a)(6)
> (False Statement During Purchase of a Firearm)

On or about the April 24, 2017, in the Eastern District of Texas, **Jermaine Posey**, defendant, in connection with the acquisition of a firearm, a New Frontier Armory multi caliber rifle, Model LW-15, Serial Number NLV86431, from a licensed dealer, known as Runner Runner, within the meaning of Chapter 44, Title 18, United States Code,

knowingly made a false and fictitious written statement was intended and likely to deceive a licensed dealer, known as Runner Runner, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## Count Eight

Violation:  18 U.S.C. § 922(a)(6)
(False Statement During Purchase of a Firearm)

On or about the April 3, 2017, in the Eastern District of Texas, **Jermaine Posey**, defendant, in connection with the acquisition of a firearm, a New Frontier Armory multi caliber rifle, Model LW-15, Serial Number NLV86451, from a licensed dealer, known as Runner Runner, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement was intended and likely to deceive a licensed dealer, known as Runner Runner, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## Count Nine

Violation:  18 U.S.C. § 922(a)(6)
(False Statement During Purchase of a Firearm)

On or about the March 16, 2017, in the Eastern District of Texas, **Jermaine Posey**, defendant, in connection with the acquisition of a firearm, a New Frontier Armory multi caliber rifle, Model LW-15, Serial Number NLV86460, from a licensed dealer,

Indictment/Notice of Penalty
Page 6

known as Runner Runner, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement was intended and likely to deceive a licensed dealer, known as Runner Runner, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## Count Ten

> Violation:  18 U.S.C. § 922(a)(6)
> (False Statement During Purchase of a Firearm)

On or about the February 20, 2017, in the Eastern District of Texas, **Jermaine Posey**, defendant, in connection with the acquisition of a firearm, a New Frontier Armory, multi caliber rifle, Model LW-15, Serial Number NLV86482, from a licensed dealer, known as Runner Runner, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement was intended and likely to deceive a licensed dealer, known as Runner Runner, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## Count Eleven

> Violation:  18 U.S.C. § 922(a)(6)
> (Engaging in a Business Without a License)

On or about the February 6, 2017, in the Eastern District of Texas, **Jermaine Posey**, defendant, in connection with the acquisition of a firearm, that is a purchase of a

Indictment/Notice of Penalty
Page 7

New Frontier Armory Multi Caliber Rifle, Model LW-15, Serial Number NLV86491, from a licensed dealer, known as Runner Runner, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement was intended and likely to deceive a licensed dealer, known as Runner Runner, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

TRACEY M. BATSON
Assistant United States Attorney

3-14-18
Date

Indictment/Notice of Penalty
Page 8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR 53 |
| | § | Judge Crone |
| JERMAINE POSEY | § | |

## NOTICE OF PENALTY

### Count One

Violation:    18 U.S.C. § 922(a)(1)(A)

Penalty:    Imprisonment for a term of not more than five years; a fine not to exceed $250,000.00; and supervised release of not more than three years.

Special Assessment:  $100.00

### Counts Two through Eleven

Violation:    18 U.S.C. § 922(a)(6)

Penalty:    Imprisonment of not more than ten (10) years, a fine not to exceed $250,000, or both. A term of supervised release of not more than three (3) years.

Special Assessment:  $100.00 for each count

Indictment/Notice of Penalty
Page 9